WALLER M. ADAMS, Plaintiff, *v.* CLARE M. TORREY et al., Defendants, and T. & G. ASSETS REALIZATION CORPORATION, Appellant.

WALTER M. GOLDSMITH et al., Respondents.

Reported below, 263 App. Div. 6.
Submitted October 5, 1942; decided October 15, 1942.

*Osmond K. Fraenkel* for motion.
*William Biel* and *Chauncey E. Treadwill* opposed.

Motion denied with ten dollars costs.

WILLIAM A. BEER, Appellant and Respondent, *v.* S. ASHLEY CHANLER et al., Respondents and Appellants, Impleaded with Another.

Submitted October 5, 1942; decided October 15, 1942.

Motion for reargument or to amend the remittitur denied with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 549.)